UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

R. TODD NEILSON,

    Plaintiff,

v.                                         CASE NO: 8:05-mc-52-T-23EAJ

MERRY ALEXANDER,

    Defendant.
_____/

## **ORDER**

    The judgment creditor notifies (Doc. 21) the court that the defendant filed a petition for relief under Chapter 7, United States Bankruptcy Code.  Further, the judgment creditor dismisses the pending writs of garnishment and requests that the court refrain from entering a final judgment in garnishment pursuant to the recommendation (Doc. 20) of the United States Magistrate Judge.  The judgment creditor's dismissal of the pending writs of garnishment is **APPROVED**.  Accordingly, the Magistrate Judge's recommendation (Doc. 20) is **REJECTED**, and the motion (Doc. 16) for a final judgment in garnishment is **DENIED AS MOOT**.

    ORDERED in Tampa, Florida, on September 18, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy