FILED

## UNITED STATUES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

2007 JAN -4  AM 10: 21

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA

R. TODD NEILSON, trustee of the Estate of         CASE NO. 8:05-MC-52-T-23EAJ
Reed Slatkin, etc.,


        Plaintiff,

vs.

MERRY ALEXANDER and HORTENCE
A. LOPEZ,

        Defendants.

and

BANK OF AMERICA, N.A.

        Garnishee.
_____/

### ORDER GRANTING
### GARNISHEE, BANK OF AMERICA, N.A.'s,
### MOTION FOR AN ORDER FOR ATTORNEYS FEE DEPOSIT

THIS CAUSE was considered on Garnishee, BANK OF AMERICA, N.A.'s, Motion for an

Order for Attorneys Fee Deposit. The Court finds the $100.00 statutory attorneys fee deposit has not

been paid to the Garnishee by the Judgment Creditor or the Clerk and after consideration, it is

thereupon

    ORDERED AND ADJUDGED:

    1.    BANK OF AMERICA, N.A.'s motion be and the same is hereby **GRANTED**.

    2.    The Judgment Creditor is ordered to pay BANK OF AMERICA, N.A.'s attorneys

the $100.00 statutory attorneys fee deposit within ten (10) days concerning the writ of garnishment

served on BANK OF AMERICA, N.A. on July 21, 2005.

DONE and ORDERED in Chambers at Tampa, Florida on ~~December~~ January 3, 2006

2006.

District Court Judge

Magistrate

Conformed Copies To:

J.T. Haley, Esquire
Mark R. King, Esquire